UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN GARRETT, ET AL,              )
                                   )
    PLAINTIFFS,                    )    CASE NO. 2:18-cv-692
                                   )
        vs.                        )
                                   )
THE OHIO STATE UNIVERSITY,         )
                                   )
    DEFENDANT.                     )
_____)
                                   )
STEVE SNYDER-HILL, ET AL,          )
                                   )
    PLAINTIFFS,                    )    CASE NO. 2:18-cv-736
                                   )
        vs.                        )
                                   )
THE OHIO STATE UNIVERSITY,         )
                                   )
    DEFENDANT.                     )
_____)
                                   )
NICHOLAS NUTTER, ET AL,            )
                                   )
    PLAINTIFFS,                    )    CASE NO. 2:19-cv-2462
                                   )
        vs.                        )
                                   )
THE OHIO STATE UNIVERSITY,         )
                                   )
    DEFENDANT.                     )
_____)

```
ROCKY RATLIFF,              )
                            )
   PLAINTIFF,               )    CASE NO. 2:19-cv-4746
                            )
         vs.                )
                            )
THE OHIO STATE UNIVERSITY,  )
                            )
   DEFENDANT.               )
_____ )


IN RE:  SUBPOENA TO         )
PERKINS COIE LLP, IN THE    )
MATTER OF STEVE             )
SNYDER-HILL, ET AL. VS.     )
THE OHIO STATE UNIVERSITY,  )
                            )
                            )    CASE NO. 2:19-mc-38
_____ )
                            )
JOHNS DOES 151-166,         )
                            )
   PLAINTIFFS,              )    CASE NO. 2:20-cv-3817
                            )
         vs.                )
                            )
THE OHIO STATE UNIVERSITY,  )
                            )
   DEFENDANT.               )
_____ )
                            )
ALONZO SHAVERS, ET AL,      )
                            )
   PLAINTIFFS,              )    CASE NO. 2:21-cv-2120
                            )
         vs.                )
                            )
THE OHIO STATE UNIVERSITY,  )
                            )
   DEFENDANT.               )
_____ )
```

```
                              )
JOHN DOES 172-191,            )
                              )
    PLAINTIFFS,               )    CASE NO. 2:21-cv-2121
                              )
         vs.                  )
                              )
THE OHIO STATE UNIVERSITY,    )
                              )
    DEFENDANT.                )
_____)
                              )
JOHN DOES 192-217,            )
                              )
    PLAINTIFFS,               )    CASE NO. 2:21-cv-2527
                              )
         vs.                  )
                              )
THE OHIO STATE UNIVERSITY,    )
                              )
    DEFENDANT.                )
_____)
                              )
MICHAEL ALF, ET AL,           )
                              )
    PLAINTIFFS,               )    CASE NO. 2:21-cv-2542
                              )
         vs.                  )
                              )
THE OHIO STATE UNIVERSITY,    )
                              )
    DEFENDANT.                )
_____)
                              )
MICHAEL CANALES, ET AL,       )
                              )
    PLAINTIFFS,               )    CASE NO. 2:21-cv-2562
                              )
         vs.                  )
                              )
THE OHIO STATE UNIVERSITY,    )
                              )
    DEFENDANT.                )
_____)
```

```
                                  )
TIMOTHY MOXLEY, ET AL,            )
                                  )
   PLAINTIFFS,                    )    CASE NO. 2:21-cv-3838
                                  )
           vs.                    )
                                  )
THE OHIO STATE UNIVERSITY,        )
                                  )
   DEFENDANT.                     )
_____)
                                  )
JOHN DOE,                         )
                                  )
   PLAINTIFF,                     )    CASE NO. 2:21-cv-4254
                                  )
           vs.                    )
                                  )
THE OHIO STATE UNIVERSITY,        )
                                  )
   DEFENDANT.                     )
_____)
                                  )
JOHN DOES 218-223,                )
                                  )
   PLAINTIFFS,                    )    CASE NO. 2:21-cv-4340
                                  )
           vs.                    )
                                  )
THE OHIO STATE UNIVERSITY,        )
                                  )
   DEFENDANT.                     )
_____)
```

TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE MICHAEL H. WATSON
THURSDAY, SEPTEMBER 9, 2021; 3:00 P.M.
COLUMBUS, OHIO

- - -

Proceedings recorded by mechanical stenography, transcript produced by computer.

APPEARANCES:

FOR THE PLAINTIFFS:
    Scott Elliot Smith LPA
    By:  Scott E. Smith, Esq.
    5003 Horizons Drive, Suite 100
    Columbus, Ohio 43220

    Public Justice, P.C.
    By:  Adele Kimmel, Esq.
        Alexandra Brodsky, Esq.
    1825 K Street NW, Suite 200
    Washington, District of Columbia 20006

    The Law Offices of Simina Vourlis
    By:  Simina Vourlis
    1689 West 3rd Avenue
    Columbus, Ohio 43212

    Karon LLC
    By:  Daniel R. Karon, Esq.
    700 West St. Clair Avenue, Suite 200
    Cleveland, Ohio 44113

    Sharp Law LLP
    By:  Rex A. Sharp, Esq.
        Sarah T. Bradshaw, Esq.
    5301 West 75th Street
    Prairie Village, Kansas 66208

    Emery Celli Brinkerhoff Abady Ward & Maazel LLP
    By:  Ilann M. Maazel, Esq.
        Debra Greenberger, Esq.
    600 Fifth Avenue at Rockefeller Center, 10th Floor
    New York, New York 10020

    Wright & Schulte, LLC
    By:  Dennis P. Mulvihill, Esq.
    23240 Chagrin Boulevard, Suite 620
    Cleveland, Ohio 44122

```
APPEARANCES CONTINUED:

    Wright & Schulte, LLC
    By:  Richard W. Schulte, Esq.
    865 South Dixie Drive
    Vandalia, Ohio 45377

    Corsiglia, McMahon & Allard
    By:  B. Robert Allard, Esq.
    96 North Third Street, Suite 620
    San Jose, California 95112

    Estey & Bomberger LLP
    By:  Stephen J. Estey, Esq.
    2869 India Street
    San Diego, California 92103

    Meyer Wilson Co., LPA
    By:  John C. Camillus, Esq.
    305 West Nationwide Boulevard
    Columbus, Ohio 43215

    Ratliff Law Office
    By:  Rocky J. Ratliff, Esq.
    200 West Center Street
    Marion, Ohio 43302

FOR THE DEFENDANT:
    Carpenter Lipps & Leland LLP
    By:  Michael H. Carpenter, Esq.
    280 North High Street, Suite 1300
    Columbus, Ohio 43215


FOR PERKINS COIE LLP:
    Baker & Hostetler
    By:  Elizabeth A. McNellie, Esq.
    65 East State Street, Suite 2100
    Columbus, Ohio 43215

    Perkins Coie LLP
    By:  Bates M. Larson, Esq.
         Caryn L. Trombino, Esq.
         Regina L. LaMonica, Esq.
    131 South Dearborn, Suite 1700
    Chicago, Illinois 60603
```

```
                                                              7
1                       Thursday Afternoon Session

2                          September 9, 2021

3                                - - -

4            THE COURT:  Good afternoon.  This is Judge Watson.

5    I'd like you to enter your appearances for the record.

6            MR. SMITH:  Scott Smith for the plaintiff Steve

7    Snyder-Hill.

8            MS. MCNELLIE:  Elizabeth McNellie for Perkins Coie,

9    LLC.

10           MS. TROMBINO:  Caryn Trombino for Perkins Coie.

11           MR. RATLIFF:  Attorney Rocky Ratliff, Your Honor, for

12   the matter in Canales cases.

13           MR. SCHULTE:  Your Honor, Richard Schulte on behalf of

14   various Plaintiffs.

15           MS. LARSON:  Bates Larson on behalf of nonparty

16   Perkins Coie, LLC.

17           MR. MULVIHILL:  Dennis Mulvihill on behalf of various

18   Plaintiffs.

19           MS. BRODSKY:  Alexandra Brodsky on behalf of

20   Snyder-Hill Plaintiffs.

21           MS. KIMMEL:  Adele Kimmel on behalf of the Snyder-Hill

22   Plaintiffs.

23           MR. ALLARD:  Robert Allard on behalf of the Garrett

24   Plaintiffs.

25           MR. KARON:  Dan Karon on behalf of the Garrett
```

8

1  Plaintiffs, too.
2          MR. MAAZEL:  Ilann Maazel on behalf of the Snyder-Hill
3  Plaintiffs.
4          MS. GREENBERGER:  Debra Greenberger for the
5  Snyder-Hill Plaintiffs.
6          MS. LAMONICA:  Regina LaMonica on behalf of nonparty
7  Perkins Coie.
8          MR. ESTEY:  Steve Estey on behalf of the Garrett
9  Plaintiffs.
10         MS. VOURLIS:  Simina Vourlis on behalf of the Garrett
11 Plaintiffs.
12         MS. BRADSHAW:  Sarah Bradshaw on behalf of the Garrett
13 Plaintiffs.
14         MR. SHARP:  Rex Sharp for the Garrett Plaintiffs.
15         MR. CAMILLUS:  John Camillus on behalf of John Doe
16 Plaintiffs.
17         MR. CARPENTER:  Your Honor, this is Mike Carpenter on
18 behalf of Ohio State University, Defendant.
19         THE COURT:  Thank you all for joining the conference
20 on short notice.  A question has been directed to the Court's
21 public information specialist by NBC News Digital.  Because the
22 question concerns my impartiality, I wanted to reach out to you
23 all first because ethical considerations are the utmost
24 importance to me personally, to the parties and to the public,
25 as well as the federal judiciary as a whole.

9

1  The plaintiffs in this case have unquestionably been
2  abused and taken advantage of by Dr. Strauss.  But I want to
3  ensure that all parties feel heard by the Court.  As you know,
4  I disclosed to all of you at a hearing on January 17, 2019, the
5  fact that I serve as an adjunct professor in the spring for the
6  Moritz College of Law.  No party requested my recusal from the
7  case based on that relationship.
8  Although I don't believe disclosure is required by
9  either the Code of Conduct for United States Judges or the
10 advisory opinions issued by the Committee on Codes of Conduct
11 interpreting the code, the aforementioned question asked
12 whether I had disclosed the fact that my wife owns a flag
13 business that sells Ohio State licensed products.  My wife
14 bought the business in 2017 from her mother who founded it in
15 1979.
16 The question has prompted me to look through prior
17 transcripts to determine whether or not I had disclosed this
18 fact to you as well.  After a review of the transcripts, it
19 appears that I have not and/or at least didn't do it on the
20 record.
21 Importantly, the reporter who submitted the question was
22 under the belief that my wife's business has a lucrative
23 contract with Ohio State and I want to point out that my wife
24 is a licensee through OSU trademark and licensing and the
25 contract is a license agreement.  To be clear, the licensing

10

1  agreement merely permits her business to manufacture and sell
2  to the public OSU authorized trademark merchandise and her
3  small business pays a 12 percent royalty to the university for
4  each authorized Ohio State trademark product that the business
5  manufactures and/or sells.
6  　　　　Neither my wife nor I have a financial interest in the
7  Ohio State University as defined by the Code of Conduct for
8  United States Judges or as described in the advisory ethics
9  opinions interpreting the code.  Therefore, my wife's business
10 dealings with the university do not ethically mandate my
11 recusal from cases involving the university.  Nonetheless, the
12 fact that a member of the public has inquired about it leads me
13 to believe that Canon 3 of the Code of Ethics, the appearance
14 of impropriety may be implicated.
15 　　　　Therefore, I feel the best course of action is to
16 formally disclose this publicly available fact on the record,
17 allow you to confer with your clients outside my presence and
18 give you each an opportunity to request my recusal if you
19 find -- if you feel that my impartiality is compromised.
20 Regardless of your decision, please file a joint notice on the
21 docket within ten days of today's date notifying the Court
22 whether any Plaintiff or Defendant requests my recusal.
23 　　　　In the meantime, I want to schedule an oral argument on
24 the statute of limitations issue.  I'll hold that oral argument
25 in person on September 21st at noon.  My intent is to give

11

1  Plaintiffs collectively one and a half hours of argument.  I
2  don't care how the plaintiffs split that hour and a half
3  between the groups of Plaintiff attorneys but any attorney
4  group representing Plaintiffs in any case before me who wishes
5  to be heard orally on the statute of limitations issue, this is
6  your chance.
7      I don't want to hear the different Plaintiff attorneys
8  repeating the same arguments throughout the course of that
9  time.  Figure out who wants to be heard and, between those
10 attorneys, figure out how you want to divide your time and who
11 will make which arguments.  Ohio State's counsel will have an
12 hour and a half to respond if they need it and Plaintiffs may
13 reserve time for rebuttal.  I urge Plaintiffs to determine in
14 advance which attorney will argue in rebuttal.
15     Does anyone have any questions of me before I leave you
16 to confer with your clients?
17     Today is the 9th.  Let's just say -- the 19th is Sunday.
18 File a joint notice on Sunday, the 19th, letting me know how
19 you want to deal with what I've disclosed.
20         MR. SCHULTE:  Your Honor, this is Rich Schulte, if I
21 could ask one question.
22         THE COURT:  Yes, sir.
23         MR. SCHULTE:  The joint statement, I assume they're
24 all Plaintiffs counsel and defense counsel agreeing upon a
25 joint statement.

12

1  THE COURT: Yes. That's my intention.
2  MR. SCHULTE: Thank you, Your Honor.
3  THE COURT: Thank you for clarifying.
4  MR. MULVIHILL: Your Honor, Dennis Mulvihill.
5  I have one question I'd like clarified. If the parties
6  are not in agreement on your potential recusal, how would you
7  like us to handle the filing?
8  THE COURT: If you can't agree, then submit separate
9  statements, I suppose, by the same date.
10  MR. MULVIHILL: Thank you.
11  THE COURT: Any other questions? Thank you for your
12  time. That will be all.
13  (Proceedings concluded at 3:07 p.m.)
14  - - -

13

C E R T I F I C A T E

1
2
3     I, Lahana DuFour, do hereby certify that the foregoing
4  is a true and correct transcript of the proceedings before the
5  Honorable Michael H. Watson, Judge, in the United States
6  District Court, Southern District of Ohio, Eastern Division, on
7  the date indicated, reported by me in shorthand and transcribed
8  by me or under my supervision.
9
10
11                        s/Lahana DuFour
                          Lahana DuFour, RMR, CRR
12                        Official Federal Court Reporter
                          September 10, 2021
13
14
15
16
17
18
19
20
21
22
23
24
25