**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Rocky Ratliff,

      vs.                                      Case No. 2:19-cv-4746

The Ohio State University,            **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 22, 2021 Opinion and Order, Plaintiff's Title IX claim is DISMISSED WITH PREJUDICE. Plaintiff's § 1983 claim and fraudulent concealment claim are DISMISSED WITHOUT PREJUDICE.

Date: **September 22, 2021**        Richard Nagel, Clerk

                                                          s/ Jennifer Kacsor
                                                      By Jennifer Kacsor/Courtroom Deputy